# Exhibit "1"

Filing # 119162610 E-Filed 01/06/2021 02:37:27 PM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY FLORIDA

KANISHA McDONALD,

    Plaintiff,

vs.                                    Case No.: 2021-000267-CA-01

THE FRESH MARKET, INC.
a Foreign Corporation,

    Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, Kanisha McDonald, by and through her undersigned attorneys, and sues the Defendant, The Fresh Market, Inc., a foreign corporation, and alleges:

1. This is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars, exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, the Defendant, The Fresh Market, was a foreign corporation authorized to do business and was in fact, doing business in Aventura, Miami-Dade County, Florida, operating The Fresh Market (store #040), located at 18299 Biscayne Blvd., Aventura, Florida 33160, which said Defendant owned, maintained, and/or controlled.

3. On or about the 8th day of April, 2020, while the Plaintiff, Kanisha McDonald, was lawfully on the premises of The Fresh Market, she was caused to slip and fall due to a slippery and foreign substance which remained on the floor. As a result, the Plaintiff suffered serious and permanent injuries due to the negligent and defective manner in which the aforesaid premises was maintained and/or controlled.

1

4. The Defendant, The Fresh Market, owed certain non-delegable duties to the Plaintiff, Kanisha McDonald, a customer/invitee to maintain its premises in a reasonably safe condition.

5. The Defendant, The Fresh Market, breached its duty to the Plaintiff, Kanisha McDonald, by engaging in one or more of the following acts of commission and/or omission:

a) The Defendant created and/or permitted the slippery, transitory foreign substance to remain on the floor despite actual or constructive knowledge of the dangerous condition and should have taken action to remedy it;

b) The Defendant knew of the existence of the said condition or in the exercise of reasonable care should have known of the existence of said condition; and/or

c) The Defendant failed to warn the Plaintiff of said dangerous and defective condition and/or in the alternative allowed said condition to exist for a length of time within which a reasonable inspection would have disclosed the same; and/or

d) The Defendant should have been aware of the dangerous condition as it occurred with regularity and was therefore foreseeable.

6. As a direct and proximate result of the above-described negligence of the Defendant, The Fresh Market, the Plaintiff, Kanisha McDonald, suffered bodily injury and resulting pain and suffering, disability and disfigurement, mental anguish, loss of capacity for the normal enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a pre-existing condition. The Plaintiff's losses are either permanent or continuing in nature and the Plaintiff, Kanisha McDonald, will suffer such losses in the future.

WHEREFORE, the Plaintiff, Kanisha McDonald, sues the Defendant, The Fresh Market, for compensatory damages, costs, and such further relief as this Court deems appropriate.

## DEMAND FOR JURY TRIAL

The Plaintiff, Kanisha McDonald, demands a trial by jury of all issues so triable as a matter of right.

The Ben Law Firm, PLLC

_____
ANDREW S. BEN
Attorneys for the Plaintiff
FBN: 109024
2699 Stirling Road, Suite C-301
Fort Lauderdale, FL 33312
Telephone: (954) 961-2055
Andy@TheBenLawFirm.com
Larry@TheBenLawFirm.com
Mailroom@TheBenLawFirm.com