United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kanisha McDonald, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-20259-Civ-Scola |
| | ) |
| The Fresh Market, Inc., Defendant. | ) |

### Second Order Requiring Amended Complaint

This matter is before the Court upon the filing of the Plaintiff's Second Amended Complaint. (ECF No. 28.) On April 27, 2021, the Court entered an order striking the Plaintiff's First Amended Complaint on the grounds that it was an impermissible shotgun pleading which failed to "to make any attempt to clearly state the cause of action or causes of action the Plaintiff alleges against the Defendant." (ECF No. 27, at 2.) The Court also warned the Plaintiff upon repleading "that any attempts to lump multiple claims into a single cause of action will not be well taken and will result in the Court striking the Plaintiff's complaint once again, or potentially in dismissal of this action." (*Id.*) On April 29, 2021, the Plaintiff filed her Second Amended Complaint, purporting to address the deficiencies identified in the Court's order.

The Court has reviewed the Plaintiff's Second Amended Complaint and finds, once again, that it is a shotgun pleading. While the Plaintiff added the word "negligence" in bold to the first page of her complaint, the Court finds that the Plaintiff has failed to rectify the deficiencies identified in its prior order. As plead, the Court cannot determine the cause of action or causes of action that the Plaintiff alleges against the Defendant. While it appears the Plaintiff is asserting a claim for negligence, the complaint states multiple ways the Defendant has breached its duty to the Plaintiff, each of which may form an independent basis for liability against the Defendant.

The Court specifically warned the Plaintiff against re-pleading her complaint in this fashion. Consistent with the Court's prior order, and in light of the clear deficiencies plaguing the Plaintiff's Second Amended Complaint, the Court once again **strikes** the Plaintiff's pleading. (**ECF No. 28**.) The Plaintiff may file an amended complaint by **May 7, 2021**, provided it complies with this order, Federal Rules of Civil Procedure 8(a) and 10(b), and the *Iqbal/Twombly* standard. Specifically, the Plaintiff *must assert each theory of liability as a separate cause of action*, being careful not to include redundant claims in her amended pleading. Failure to comply with this order, will result of dismissal of this action without further notice.

**Done and ordered** at Miami, Florida on April 30, 2021.

Robert N. Scola, Jr.
United States District Judge